No. 85-5964. LEVENTHAL *v.* UNITED STATES DEPARTMENT OF LABOR ET AL. C. A. 9th Cir. Certiorari denied. ▮▮▮▮

No. 85-5966. HARDING *v.* INDIANA. Sup. Ct. Ind. Certiorari denied. ▮▮▮▮▮▮▮▮

No. 85-5969. KOPP *v.* SOCIAL SECURITY ADMINISTRATION. C. A. 3d Cir. Certiorari denied. ▮▮▮▮▮▮

No. 85-5970. GAY *v.* HERNANDEZ-CUEBAS. C. A. 3d Cir. Certiorari denied.

No. 85-5974. TROUTMAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. ▮▮▮▮▮▮

No. 85-5975. MOORE *v.* UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied.

No. 85-5976. HOWARD *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied. ▮▮▮▮▮

No. 85-5977. ISLEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮▮▮▮▮

No. 85-5978. CLARK *v.* STATE TREASURER'S OFFICE EMPLOYER ET AL. C. A. 4th Cir. Certiorari denied.

No. 85-5980. HOELKER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮▮▮▮▮▮

No. 85-5981. HAASE *v.* WISCONSIN. Ct. App. Wis. Certiorari denied. ▮▮▮▮▮▮▮

No. 85-5982. DEPREE *v.* ROBERTS, COMMISSIONER OF LABOR OF THE CITY OF NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 85-5984. CALLAHAN *v.* JOHNSON, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied. ▮▮▮▮▮▮ ▮▮

No. 85-5985. KAPP *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. ▮▮▮▮▮▮

No. 85-5992. RUBIN *v.* BOARD OF GOVERNORS OF STATE COLLEGES AND UNIVERSITIES (WESTERN ILLINOIS UNIVERSITY). C. A. 7th Cir. Certiorari denied.